FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 JAN 29 PM 12: 13

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

# EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
## PARA EL DISTRITO DE COLORADO

Caso penal número    07-cr-00499-LTB

ESTADOS UNIDOS DE AMÉRICA,

      Parte acusadora,

v.

1. GUILLERMO WILLIE RIOJAS,
2. ROGELIO ROJAS FLORES,
3. EDWARD SAVEDRA,
4. HUGO GARCÍA,

      Acusados.

---

## ACUSACION FORMAL
Título 18 Código Federal Sección 113 (a) (1)
(Agresión con la Intención de Cometer un Asesinato)
Título 18, Código Federal Sección 2 (Instigar y Secundar)

---

El Gran Jurado acusa que:

Alrededor de 10 de mayo de 2007, en el Estado y el Distrito de Colorado, en la Penitenciaría Federal de Estados Unidos de Alta Seguridad en Florence, Colorado, un lugar ubicado dentro de la jurisprudencia especial marítima y territorial de los Estados Unidos como lo define Título 18, Código Federal Sección 7(3), los acusados **GUILLERMO WILLIE RIOJAS, ROGELIO ROJAS FLORES, EDWARD SAVEDRA Y HUGO GARCIA** agredieron con la intención de asesinar a Raúl Ríos Grajeda y que instigaron, secundaron, aconsejaron, ordenaron, indujeron, y aseguraron la

participación de cada uno en la comisión de dicho delito.

Todo lo anterior constituye una violación de Título 18, Código Federal, Sección 113 (a) (1) y Sección 2.

            DOY FE:

            f/Firma en tinta archivada en el tribunal
            PRESIDENTE DEL GRAN JURADO

TROY A. EID
Fiscal Federal de Estados Unidos

Por: f/Brenda K. Taylor
BRENDA K. TAYLOR
Fiscal Federal Delegada
Fiscalía Federal
1225 17th Street, Suite 700
Denver, CO 80202
Teléfono (303) 454-0100
FAX: (303) 454-0406
Correo electrónico: Brenda.Taylor2@usdoj.gov
Representante del Gobierno

FECHA: 7 enero 2008

ACUSADO: 2 ROGELIO ROJAS FLORES

AÑO DE NAC. 1977

DIRECCIÓN (CIUDAD-ESTADO): Florence, Colorado

ACUSACIÓN DIRECTA: __X__ SI ____NO

SI LA RESPUESTA ES SÍ, CASO NÚMERO DE MAGISTRADO __07mj01231-KLM_

EL ACUSADO FUE ARRESTADO POR LA ACUSACIÓN DIRECTA ____ SI ____NO

DELITO: Agresión con la Intención de Asesinar, 18 Código Federal Sección 113(a) (1); Instigar y Secundar, 18 Código Federal Sección 2.

LUGAR DEL DELITO (CONDADO/ESTADO): Condado de Fremont, Colorado

PENAS: Máximo 20 años de encarcelamiento; multa máxima de $250,000.00, ó ambas cosas; hasta 3 años de excarcelación supervisada y $100 de recargo especial.

AGENTE: Agente Especial Jonathan Wayne Cronan
Buró Federal de Investigaciones

AUTORIZADO POR: Brenda K. Taylor, Fiscal Federal Delegada

DURACIÓN ESTIMADA DEL JUICIO:
__X__ cinco días o menos
_____ más de cinco días

EL GOBIERNO
__X__ solicitará la detención en este caso
_____ no solicitará la detención en este caso

La presunción estatutaria de detención **sí** o **no** corresponde a este acusado. (Marque el que corresponde)

CASO OCEDETF: ___ Sí __X_ No

## INTERPRETER'S CERTIFICATION

I, Ruth A. Warner, hereby attest that I am a Spanish/English interpreter certified by the Administrative Office of the Courts and I further attest that I have personally translated the attached indictment and that it is, to the best of my knowledge and ability, a true and accurate translation of the indictment in US v Rogelio Rojas Flores, 07-cr-00499-LTB.

*[signature]*

Ruth A. Warner
24 January 2008