IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00499-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GUILLERMO WILLIE RIOJAS,

        Defendant.

___

**ORDER**

___

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this ___11th___ day of ___July___, 2008.

                      BY THE COURT:

                      ___s/Lewis T. Babcock___
                      LEWIS T. BABCOCK
                      SENIOR, UNITED STATES DISTRICT JUDGE
                      UNITED STATES DISTRICT COURT
                      DISTRICT OF COLORADO