# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE  LEWIS  T.  BABCOCK

### COURTROOM MINUTES

_____

Courtroom Deputy:  Deborah Hansen          Date:  July 11, 2008
Court Reporter:       Gwen Daniel                  Probation: Elizabeth Oppenheimer

_____

Criminal Action No. 07-cr-00499-LTB          *Counsel:*

UNITED STATES OF AMERICA,                    David Conner

    Plaintiff,

v.

1. GUILLERMO WILLIE RIOJAS,                  Thomas Hammond

    Defendant.

_____

### SENTENCING
_____

09:15 a.m.    Court in Session

Defendant is present and in custody.

Court's comments

> Defendant plead guilty to Count One of the Indictment on April 18, 2008

**ORDERED:**   Plea agreement is accepted.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Guillermo Willie Riojas, is hereby committed to the custody of the Bureau of Prisons to be imprisoned**

1

      **for a term of 180 months.  This term of imprisonment shall run consecutively with defendant's terms of imprisonment in United States District Court, Eastern District of California, Docket No. CR-F-94-0512-001-MDC; and United States District Court, Middle District of Pennsylvania, Docket No. CR-97-00082-01**.

**ORDERED:** **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.  This term of supervised release shall be served concurrently with all other terms of supervised release.**

**ORDERED**: Conditions of Supervised Release:
 (x) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released
 (x) Defendant shall not commit another federal, state or local crime
 (x) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921
 (x) Defendant shall comply with standard conditions as adopted by the court
 (x) Defendant shall not unlawfully possess a controlled substance
 (x) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
 (x) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Defendant shall pay $100.00 to Crime Victim Fund (Special Assessment) to be paid immediately

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED**: Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

09:37 a.m. Court in Recess
     Hearing concluded
     Time: /22

2